RECEIVED

MAR 21 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Carson Green
_____
Plaintiff

Civil Action No. 1:18-cv-0399  SEC. P

Prisoner # 513301

VS.

LaSalle Corporation, Warden Keith Deville, James Belly Tiguez, Jody Floyd, Major's Kevin Jordan, Gary Coleman, Captain Totex, Captain Howard, Captain Curry, Tolbert
_____
Defendant

Judge _____

Magistrate Judge _____

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [X]   No [ ]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

U.S. District Court Western District of Louisiana (Alexandria)

2. Name the parties to the previous lawsuit(s):

Plaintiffs: Carson Green

Defendants: Corrections Corp of America, Laura Norwood, Mrs. Howard, Mrs. Tucker, Ms. Fitzgerald

3. Docket number(s): 1:10-cv-01787-JTT-JDK

4. Date(s) on which each lawsuit was filed: 11/18/2010

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

Yes! - 7/18/13 - No - No

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [X]  No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

U.S. District Court Western District Of Louisiana (Alexandria) 1:10-CV-01787-JTT-JDK. Failure to effect service of process & Exhaust Administrative Remedies.

II. a. **Name of institution and address of current place of confinement:**

LaSalle WNC P.O. Box 1435 71483-1435

b. Is there a prison grievance procedure in this institution?

Yes [X]  No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [X]  No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

The first and second steps. "See Attached"

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

a. Plaintiff, Carson Green #513301
   Address LaSalle WNC P.O. Box 1435, Winfield, La. 71483-1435

Page 2 of 4

(Rev. 5/1/13)

b. Defendant, *James Keith Deville*, is employed as *Head Warden* at *LaSalle WNC P.O. Box 1435*.

Defendant, *Jody Floyd*, is employed as *Asst. Warden* at *LaSalle WNC P.O. Box 1435*.

Defendant, *Billy Tigner*, is employed as *Asst. Warden* at *LaSalle WNC P.O. Box 1435*.

Additional defendants, *Major's Kevin Jordan, Gary Coleman, + Captain Tolbert, Captain Howard, Captain Curry*

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

See Attached.

(Rev. 5/1/13)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to look at the seriousness of the complaint and what happened and for compensatory and punitive damages to be paid for my pain and suffering. I also would like no retaliation directly or indirectly from any personnel of Winn/LaSalle Corr. Center or in trying to ship me.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 20 day of March, 20 18.

513301
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

*M. Carson Green*
**Signature of Plaintiff**

Case 1:18-cv-00399-DDD-JPM   Document 1   Filed 03/21/18   Page 4 of 4 PageID #: 4