FORM B-05-001-A
20 August 2013

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

RECEIVED MAR 0 8 2018 BY:

INSTITUTION: WINN CORRECTIONAL CENTER

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| CARSON GREEN | 513301 | 10-16-16 | 1721 HOURS |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| ELM UNIT A2 TIER | WC | ELM A2-12 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| FIGHTING | 10 |

**10. Description of Incident** (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

ON 10-16-16 AT 11:00PM I CAPTAIN MONICA NAPPER WAS IN ELM UNIT REVIEWING THE PELCO CAMERA SYSTEM. WHEN AT 1721 HOUR I OBSERVED OFFENDERS ALFRED MOSELY #585409, JUAN HARRIS #585409, KYRON THORTON AND CARSON GREEN #513301 IN FIGHT ALTERCATION ON THE A2 TIER. I OBSERVED OFFENDERS MOSLEY, HARRIS, AND THORTON CONFRONT OFFENDER GREEN AT BED 43 OF THE TIER. AFTER THE THREE OFFENDERS APPROACHED OFFENDER GREEN THEY BEGAN STRIKING OFFENDER GREEN WITH CLOSED FIST TO THE HEAD AND BODY. I THEN OBSERVED OFFENDER JUAN HARRIS WITH A HOMEMADE WEAPON IN HIS RIGHT HAND AND STRIKING OFFENDER GREEN TO THE BODY AND HEAD AREA. I THEN OBSERVED THE OFFENDERS SEPERATE AND GO THEIR SEPERATE WAYS.

**11. Offender Placed in Administrative Segregation** ☒ Yes ☐ No

**12. Signature of Reporting Employee** [signature]

**13. Name, Title, Assignment (Print):** M. NAPPER CAPTAIN D CARD

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: | 17. Offender's Signature |
|---|---|---|---|
| 10-16-16 | 3:09 PM | | |

**18. Plea by Offender:** ☐ Not Guilty ☐ Guilty
**19. Verdict:** ☐ Not Guilty ☐ Guilty
**20. Date of Hearing:**
**21. Counsel Substitute:**
DOC #:

**22. Disciplinary Court Motions:** Refer to Form B-05-001-B.

**23. Reasons For Disposition:**
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's. ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other:

**24. Reasons for Sentence:**
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.
☐ Poor conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since: ___
A total of ___ # ___ rule violations since: ___
☐ Other:

**25. Sentence:** ☐ Suspended ☐ Imposed ___ Days
**26. Sentence:** ☐ Suspended ☐ Imposed ___ Days

**27. DISCIPLINARY BOARD:** After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____ _____
CHAIRMAN (DISCIPLINARY OFFICER)    MEMBER

Administrative Remedy Procedure

Carson Green #513301
Ash Unit / Failure To Protect

12-14-16 / Failure To Protect

RECEIVED MAR 0 8 2018

On 12-14-16 offender Carson Green was moved from the blocks to Ash Unit D2. Upon my release to Ash Unit. The security provider LaSalle knew of a knife fight that I was in - in me trying to protect myself from three offender's with knives. On 12-14-16 a couple of hours later they put one of the three guys in the Unit with me. On 10-16-16 the altercation occurred on A2 in Elm Unit during a yard call. Where three offender's came on the tier trying to take my belongings with knife's in hand. On 10-17-16 I was moved to Birch Unit after the incedent, and a week later they put one of the three guy's in the Unit with me. There has been two seperate occasions where I have been put in two different place's with one of the three guy's who I had a knife fight with. I also sustained several stab wounds to the head and body from that altercation. Being that the head of security, Warden Keith Deville, Billy Tigner, and Jody Floyd as well as the other ranking officers who are under them Majors Kevin Jordan, Gary Coleman, Captain Tolbert, Captain Howard and Captain Curry should always know what is going on around this facility. These individual's should know about all life threating situations. When they occurr because reports are suppose to be made. This in turn allows you to know who you can house around one another. From the above incedent's this should clearly show a failure to protect me or any offender on the compound.

Response To First Step A.R.P.
Case # WNC-3JG-17-075

I am not satisfied with the first step response because the threat has already been made. When three offender's came at me with knive's where I received life threatening injuries to the back part of my head and the top part of my neck on the left side along with several other stab wounds. The A.R.P. stated that a week later one of the three offender's was put into the same unit. Then it happened again with another one of the three being in the same unit. Then the reason you haven't heard anything from me as having a problem is because I'm avoiding in having one. Being that it was known as a knife fight and me having to defend myself without a weapon. The security provider should've shipped them because it would've shown that they at least try to protect the inmates on the compound, but because they didn't. It shows the failure to protect the inmate's on the compound.

Mr. Larson Brown          4-12-17

## ADMINISTRATIVE REMEDY PROCEDURE

## SECOND STEP RESPONSE

## CASE # WNC-BJG-17-075

TO: CARSON GREEN #513301 BIRCH D1
Offender's Name / DOC # / Living Unit

FROM: James K. Deville, Warden/Administrator
Second Step Respondent / Title

Response to Request Dated: 4/17/2017

Your ARP has been received and reviewed with the following response provided:

I have received and reviewed your initial ARP and the 1st Step response provided by Colonel Carmouche. The matter has been fully addressed by Colonel Carmouche. As advised, if you continue to have concerns, you may request PC. No further intervention is warranted at this level.

Warden's Signature                                    4-20-17
                                                      Date

Note: If the offender is not satisfied with the Warden's Decision, he may file suit in Winn Parish District Court.