RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARSON GREEN (#513301),<br>Plaintiff | CASE NO. 1:18-CV-399-P |
| VERSUS | JUDGE DEE D. DRELL |
| LASALLE CORP, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the complaint is hereby **DENIED** and **DISMISSED** with prejudice under §§ 1915(e)(2)(b) and 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE